UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 21-cv-21941-GAYLES/REID

**RAYL LYNN KELLAR,**

           Plaintiff,

**v.**

**MARK INCH, SECRETARY**
**FLORIDA DEPARTMENT OF**
**CORRECTIONS,**

           Defendant.
_____/

## ORDER

**THIS CAUSE** comes before the Court on the Report of Magistrate Judge. [ECF No. 6]. The action was referred to Magistrate Judge Lisette M. Reid, pursuant to 28 U.S.C. § 636(b)(1)(B), for a ruling on all pretrial, non-dispositive matters, and for a Report and Recommendation on any dispositive matters. [ECF No. 4]. On July 6, 2021, Judge Reid issued her report recommending that Plaintiff's Complaint be dismissed pursuant to 28 U.S.C. § 1915(e)(2)(B). [ECF No. 6]. Plaintiff requested, and was granted, an extension of time until August 20, 2021, to file objections to the Report. [ECF Nos. 7, 8]. Plaintiff has failed to file any objections.

A district court may accept, reject, or modify a magistrate judge's report and recommendation. 28 U.S.C. § 636(b)(1). Those portions of the report and recommendation to which objection is made are accorded *de novo* review, if those objections "pinpoint the specific findings that the party disagrees with." *United States v. Schultz*, 565 F.3d 1353, 1360 (11th Cir. 2009); *see also* Fed. R. Civ. P. 72(b)(3). Any portions of the report and recommendation to which *no* specific objection is made are reviewed only for clear error. *Liberty Am. Ins. Grp., Inc. v. WestPoint*

*Underwriters, L.L.C.*, 199 F. Supp. 2d 1271, 1276 (M.D. Fla. 2001); *accord Macort v. Prem, Inc.*, 208 F. App'x 781, 784 (11th Cir. 2006).

The Court has reviewed the Report and the record and finds no clear error with Judge Reid's findings and recommendation. Accordingly, it is **ORDERED AND ADJUDGED** as follows:

(1)  Judge Reid's Report, [ECF No. 6], is **ADOPTED in FULL**;

(2)  Plaintiff's Complaint is **DISMISSED** without prejudice and this case is **CLOSED**.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 19th day of October, 2021.

DARRIN P. GAYLES
UNITED STATES DISTRICT JUDGE